1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                                    )
NADIA JALAL THOMPSON,                        )
                                                                    )      No. C11-0120RSL
                              Plaintiff,                         )
                                                                    )      ORDER DENYING PLAINTIFF'S
          v.                                                     )      MOTION TO EXTEND DISCOVERY
                                                                    )      DEADLINE
TRIDENT SEAFOODS CORP., *et al.*,          )
                                                                    )
                              Defendants.                   )
_____)

          This matter comes before the Court on plaintiff's "Motion to Amend Discovery

Completed Date." Dkt. # 23.  The motion is DENIED.  Plaintiff was not diligent in initiating or

pursuing discovery in this matter and was previously advised that "failure to complete discovery

within the time allowed is not recognized as good cause" for an extension of the case

management deadlines. Dkt. # 8 at 2.  It also appears that, when plaintiff finally attempted to

schedule depositions at the end of December, defendants were able to produce the four witnesses

within their control prior to the original discovery deadline.

          In her reply memorandum, plaintiff suggests that she needs additional time in

which to conduct discovery regarding a new claim that she asserted on December 20, 2011.

Defendants did not have an opportunity to respond to this argument, and it is therefore rejected

on that ground.  In addition, plaintiff's recent amendment to her complaint does not comply with

the Court's specific instruction that her claims must be stated in a single document and not in a

ORDER DENYING PLAINTIFF'S MOTION
TO EXTEND DISCOVERY DEADLINE

series of piecemeal, incomplete filings.  Dkt. # 13.  Plaintiff clearly intends to pursue her sexual

discrimination, hostile work environment, and retaliation claims against defendants and yet fails

to include them in her one-page "Amend and Add to Complaint."  Dkt. # 20.  Because the new

claim was not properly asserted, the Court declines to rework the case management schedule

around it.

        For all of the foregoing reasons, plaintiff's motion to extend the discovery deadline

(Dkt. # 23) is DENIED.

        Dated this 31st day of January, 2012.

                                    MNR S Casnik
                                    Robert S. Lasnik
                                    United States District Judge

ORDER DENYING PLAINTIFF'S MOTION
TO EXTEND DISCOVERY DEADLINE            -2-