UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
NADIA JALAL THOMPSON,                )
                                     )
                         Plaintiff,  )   No. C11-0120RSL
         v.                          )
                                     )   ORDER DENYING MOTION
TRIDENT SEAFOODS CORP., *et al.*,    )   FOR RECONSIDERATION
                                     )
                         Defendants. )
_____  )

This matter comes before the Court on "Plaintiff's Motion for Court to Reconsider Summary Judgment." Dkt. # 82. Such motions are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Civil Rule 7(h)(1). Plaintiff has not met this burden.

As noted in the Court's order, summary judgment is appropriate when the non-moving party fails to identify specific facts, supported by admissible evidence, that give rise to a genuine issue for trial. Celotex Corp. v. Catrett, 477 U.S. 317, 324 (1986). Plaintiff's speculation regarding a conspiracy in which all of the individuals who complained about her were lying while all of the co-workers who would otherwise support her interpretation of events were afraid to come forward cannot take the place of actual evidence. Having failed to raise a genuine issue of fact regarding retaliatory intent, there is no issue for the jury to decide.

ORDER DENYING MOTION
FOR RECONSIDERATION

1         For all of the foregoing reasons, plaintiff's motion for reconsideration (Dkt. # 82) is DENIED.

Dated this 24th day of April, 2012.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge